DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOCA GRAND CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**ALDIER OSORIO** A/K/A **ALDIER JESUS OSORIO,**
Appellee.

No. 4D16-3011

[July 20, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 2010CA025755XXXXMB.

Todd A. Armbruster and Arthur E. Lewis of Moskowitz, Mandell, Salim & Simowitz, P.A., Fort Lauderdale, for appellant.

Robert Pasin of Law Office of Robert Pasin, Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***